IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WADE ALAN GRIFFIN, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 5:20-CV-00192-RWS |
| § | |
| v. § | |
| § | |
| ATLAS ROOFING CORPORATION, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 29th day of June, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE